AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

# CRIMINAL COMPLAINT

**ALFRED D. CHAMBERS**
**DOB:**
**PDID:**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about ___**APRIL 28, 2005**___ in ___**WASHINGTON**___ county, in the

_____ District of ___**COLUMBIA**___ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute a mixture  and  substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1)___ .

I further state that I am ___**OFFICER CHARLES FULTZ**___ , and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER CHARLES FULTZ**
**MAJOR NARCOTICS BRANCH, MPD**

Sworn to before me and subscribed in my presence,

_____  at    ___Washington, D.C._____
Date                                                                        City and State

_____        _____
Name & Title of Judicial Officer                      Signature of Judicial Officer