IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br>)<br>V.          )<br>)<br>ALFRED D. CHAMBERS  )<br>_____) | Cr. No.  05-242 (AK) |

### DEFENDANT'S UNOPPOSED MOTION TO TRANSFER TO CENTRAL TREATMENT FACILITY (CTF)

Defendant, Alfred D. Chambers, through undersigned counsel, respectfully moves this Honorable Court to order his immediate transfer from the DC Jail to the Central Treatment Facility (CTF).

In support of his motion, Mr. Chambers cites the severe medical problems raised by defense counsel at a bench conference during a hearing held on May 3, 2005.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

__/s/_____
LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20001
(202) 208-7500

### CERTIFICATE OF SERVICE

I, Lara G. Quint, Assistant Federal Public Defender, hereby certify that I have

electronically served this Motion upon Barry Wiegand, Esquire, Assistant United States Attorney.

                                          /s/ _____

                                          LARA G. QUINT
                                          Assistant Federal Public Defender

Case 1:05-cr-00201-RJL     Document 2     Filed 05/03/2005     Page 2 of 2