IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | 05-24217-01 |
| V. ) | Cr. No. 05-242 (AK) |
| ALFRED D. CHAMBERS ) | **FILED** MAY 0 3 2005 |
| ) | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**ORDER**

Upon consideration of defendant's unopposed motion to transfer to CTF for medical reasons, it is by the Court hereby

ORDERED that Mr. Alfred D. Chambers shall be transferred forthwith from the D.C. Jail to the Central Treatment Facility (CTF).

SO ORDERED this 3rd day of May, 2005.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Copies to:

Barry Wiegand, AUSA
Lara Quint, AFPD