UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-201 (RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **ALFRED CHAMBERS** | : | |
| | : | |

## NOTICE OF ASSIGNMENT AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant United States Attorney, Amy Jeffress. This is a notice that Assistant United States Attorney, Alexander Shawe, Bar Number 472-492, telephone number (202) 514-9519, is entering appearance as substitute counsel in this same matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No.

_____
ALEXANDER SHAWE
Assistant United States Attorney
Narcotics Section, Bar No. 472492
555 4th Street, N.W.  #4239
Washington, DC 20001
(202)514-9519; Fax: 353-9414
Alexander.Shawe@usdoj.gov

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 15th day of June, 2005, a copy of the foregoing Notice of Assignment and Substitution of Counsel was electronically mailed to Lara Quint at lara_quint@fd.org
.

                                                         _____
                                                         ALEXANDER SHAWE
                                                         ASSISTANT UNITED STATES ATTORNEY