UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 05-201 (RJL)** |
| | : | |
| **ALFRED D. CHAMBERS** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

Upon consideration of the Government's Motion to Impeach Defendant With His Prior Convictions Pursuant to Federal Rule of Evidence 609, the Defendant's Opposition thereto, and the record herein, it is this _____ day of _____, 2005, hereby

ORDERED, that the Government's Motion be Granted.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE RICHARD J. LEON


electronic copies to:

Alexander P. Shawe
Assistant U.S. Attorney

Mr. Michael Blumenthal
Counsel for Defendant