UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 05-201 (RJL)** |
| | : | |
| **ALFRED D. CHAMBERS** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

Upon consideration of the Government's Motion in Limine Seeking Admission of Evidence Pursuant to Federal Rule of Evidence 404(b), the Defendant's Opposition thereto, and the record herein, it is this _____ day of _____, 2005, hereby

ORDERED, that the Government's Motion be Granted.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE RICHARD J. LEON

electronic copies to:

ALEXANDER P. SHAWE
Assistant U.S. Attorney
Narcotics Section
U.S. Attorney's Office
 for the District of Columbia

Mr. Michael Blumenthal, Esq.
Counsel for Defendant