**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO. 05-0201 (RJL)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **ALFRED D. CHAMBERS, et al.,** | **:** | |
| **Defendants.** | **:** | |

**NOTICE OF WITHDRAWAL**

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, hereby informs the Court that Assistant United States Attorney Amy Jeffress

no longer represents the United States of America in the above-captioned matter.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

---

Amy Jeffress
Assistant United States Attorney
Narcotics Section, Bar No. 449258
555 4th Street, NW,  Room 4104
Washington, DC 20530
(202) 514-7624