IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO.: 05-201 (RJL) |
| vs. | * | FILED |
| ALFRED CHAMBERS | * | DEC - 9 2005 |
| Defendant | * | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

*********************************************************

## MOTION TO CONTINUE

COMES NOW the Defendant, Alfred Chambers, by and through his attorney, Michael S. Blumenthal, Esquire, and moves to continue the above-captioned matter, and in support thereof, states as follows:

1. That this matter is currently scheduled for Status Hearing on December 16, 2005.

2. That undersigned has a previously scheduled surgery and will be out of the office on the scheduled court date.

3. That this continuance is not sought for any purpose other than to accommodate Counsel's schedule.

**WHEREFORE,** given the foregoing, Defendant respectfully requests of this Honorable Court:

1. That Defendant's Motion to Continue be Granted;

2. That the Court provide such other and further relief as

the nature of Defendant's cause may require.

                        Respectfully submitted,

By _____
Michael S. Blumenthal, Esq.
Attorney for Defendant
8201 Corporate Drive
Suite 1120
Landover, Maryland  20785
(301) 459-4442

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Continue has been mailed, postage prepaid, to the Alexander Shawe, Esquire, Office of the United State's Attorney, 555 4th Street, NW, Washington, DC 20530, on this _____ day of December, 2005.

_____
Michael S. Blumenthal, Esq.