IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO.: 05-201 (RJL) |
| vs. | * | |
| ALFRED CHAMBERS | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED
DEC 2 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PRAECIPE

Kindly enter the appearance of Michael S. Blumenthal, Esquire, as attorney for Defendant in the above-referenced matter.

Respectfully submitted,

By _____
Michael S. Blumenthal, Esq.
Bar No. 436975
Attorney for Defendant
8201 Corporate Drive
Suite 1120
Landover, MD  20785
(301) 459-4442

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Praecipe has been sent via first class mail, postage prepaid, to the Office of the United State's Attorney, 555 4th Street, NW, Washington, DC 20530, on this 21st day of December, 2005.

_____
Michael S. Blumenthal, Esq.