# WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO 05-201 | MAGIS NO 05-0242 |
| V. SEALED<br>ALFRED D. CHAMBERS | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| DOB: | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |

| WARRANT ISSUED ON THE BASIS OF:<br>☒ Order of Court  ☐ Information<br>☐ Indictment  ☐ Complaint | DISTRICT OF ARREST |
|---|---|
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE

FILED

SEP 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION  21 USC 841(a)(1) and 841 (b)(1)(A)(iii) |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY<br>JUDGE RICHARD J. LEON | JUDGE/MAGISTRATE JUDGE<br>RICHARD J. LEON | DATE ISSUED<br>08/03/07 |
|---|---|---|
| CLERK OF COURT<br>Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE<br>08/03/07 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER ~~REPORTING~~ | SIGNATURE OF ARRESTING OFFICER ~~REPORTING~~ |
|---|---|---|
| DATE EXECUTED<br>9/11/07 | Anthony Santoro / DUSM | Anthony Santoro |