HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OCT 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| UNITED STATES OF AMERICA | : Docket No.: **CR-05-201-01** |
|---|---|
| vs. | : |
| CHAMBERS, Alfred | : Disclosure Date: ~~September 7,~~ 2007 |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
(✓)  There are no material/factual inaccuracies therein.
(  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____9-5-07_____
Prosecuting Attorney                             Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
(  )  There are no material/factual inaccuracies therein.
(  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
Defendant       Date                             Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **August 31, 2007**, to U.S. Probation Officer **Linsey Epson**, telephone number **(202) 565-1367**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer